# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE MARTIN MELLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-06655-AG-MRW<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 28, 2018

_____

UNITED STATES MAGISTRATE JUDGE
MICHAEL R. WILNER